UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| BARBARA ALLGEIER<br><br>    Plaintiff,<br><br>v.<br><br>ACE AMERICAN INSURANCE CO.<br><br>and<br><br>CRAWFORD & CO.<br><br>    Defendants. | §§§§§§§§§§§§§§§§§     Civil No. 3:10-CV-752-JHM |

### AGREED ORDER OF DISMISSAL

The Plaintiff having agreed to a voluntary dismissal and the parties having executed a Mutual Release of Claims regarding this matter, the Court being otherwise sufficiently advised;

**IT IS ORDERED** that all claims brought by Plaintiff Barbara Allgeier in the above-styled action against Defendant ACE American Insurance Company and Defendant Crawford & Company **ARE DISMISSED WITH PREJUDICE.** The Plaintiff and the Defendants agree to bear their own attorneys fees and costs.

This is a final and appealable order, and there is no just cause for delay.

Respectfully agreed to and submitted,

| | |
|---|---|
| /s/ Chad O. Propst | /s/ Sarah Cronan |
| cpropst@tmslawplc.com | scronan@stites.com |
| Thompson Miller & Simpson PLC | Stites & Harbison PLLC |
| 734 West Main Street | 400 West Market Street, Suite 1800 |
| Louisville, Kentucky 40202 | Louisville, Kentucky 40202-3352 |
| Telephone: (502) 585-9900 | Telephone: (502) 587-3400 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| *Barbara Allgeier* | *ACE American Insurance Company* |

/s/ Rebecca Schupbach
rschupbach@wyattfirm.com
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
*Counsel for Defendant*
*Crawford & Company*

Copies to:  Counsel of record